Tom Dutton, Esquire
PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2001 Park Place North, Suite 1100
Birmingham, AL 35203
Telephone: (205) 322-8880
Facsimile: (205) 328-2711

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No.: 3:06-CV-03495-CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| BILLY INGRAM,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Pfizer, Inc., et al.<br><br>                    Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

   Come now the Plaintiff, BILLY INGRAM and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| 1 | DATED: 4/30, 2009 | By: _____ |
| 2 | | Tom Dutton |
| | | PITTMAN, DUTTON, KIRBY & HELLUMS, P.C. |
| 3 | | 2001 Park Place North, Suite 1100 |
| | | Birmingham, AL 35203 |
| 4 | | Telephone: (205) 322-8880 |
| | | Facsimile: (205) 328-2711 |
| 5 | | |
| 6 | | Attorney for Plaintiff |
| 7 | DATED: Sept. 28, 2009 | By: _____ |

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 9/30/09

Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**