1  Tom Dutton, Esquire
   PITTMAN, DUTTON, KIRBY & HELLUMS, P.C.
2  2001 Park Place North, Suite 1100
   Birmingham, AL 35203
3  Telephone: (205) 322-8880
   Facsimile: (205) 328-2711
4

5  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Docket No.: 3:06-cv-03495-CRB<br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Edna Collins,<br>　　　　　　　Plaintiff,<br>　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, EDNA COLLINS and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | DATED: 5/29, 2009 | By: _____ |
| 3 | | Tom Dutton |
| | | PITTMAN, DUTTON, KIRBY & HELLUMS, P.C. |
| 4 | | 2001 Park Place North, Suite 1100 |
| | | Birmingham, AL 35203 |
| 5 | | Telephone: (205) 322-8880 |
| | | Facsimile: (205) 328-2711 |
| 6 | | |
| 7 | | Attorney for Plaintiff |
| 8 | DATED: Dec. 1, 2009 | By: _____ |
| 9 | | |
| 10 | | DLA PIPER LLP (US) |
| | | 1251 Avenue of the Americas |
| 11 | | New York, NY 10020 |
| | | Telephone: (212) 335-4500 |
| 12 | | Facsimile: (212) 335-4501 |
| | | *Defendants' Liaison Counsel* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**